Opinion issued October 28, 2010.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00890-CR

———————————

In re Jason Kennedy, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          Relator,
Jason Kennedy, has filed a pro se petition for writ of mandamus, requesting
that this Court compel the trial court to respond to Relator’s motion for
judgment nunc pro tunc.[1]  

          We deny
the petition for writ of mandamus.  

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Bland.

Do
not publish.  Tex. R. App. P. 47.2(b). 


 











[1]
          Relator was convicted of
possession of cocaine with intent to deliver in trial court cause number
1251745 in the 179th District Court of Harris County, Texas, the Honorable
Randy Roll presiding.